Case 2:16-cv-06071-JAK-E   Document 28   Filed 01/24/17   Page 1 of 1   Page ID #:493

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV16-06071 JAK (Ex) | Date | January 23, 2017 |
|---|---|---|---|
| Title | F. Osby v. Park Pictures, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christina M. Nordsten | Scott J. Witlin |
| David C. Garrett | |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S PAGA CLAIM AND/OR TO STRIKE PORTIONS OF THE COMPLAINT (DKT. 12)**

**PLAINTIFF'S MOTION TO REMAND (DKT. 15)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand (the "Plaintiff's Motion"), in light of which Defendants' Motion to Dismiss Plaintiff's PAGA Claim and/or to Strike Portions of the Complaint (the "Defendants' Motion") would be moot. Counsel address the Court. The Defendants' Motion and Plaintiff's Motion are taken UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 12 |
|---|---|---|
| Initials of Preparer | ak | |